**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000669
06-MAY-2026
08:01 AM
Dkt. 46 ODSLJ**

NO. CAAP-25-0000669

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

THE ESTATE OF GREGORY T. WICK, Deceased

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CLP-22-0000149)

ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Hiraoka, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon review of the record, it appears that:

1.    Respondent-Appellant Elizabeth **Hall** appeals from the ***Judgment*** *on Order Granting Petition to Compel Terminated Special Administrator to Provide Detail of Accounting and Request for Disgorgement of Funds and Sanctions*, entered by the Circuit Court of the Second Circuit on August 29, 2025;

2.    Hawai'i Rules of Appellate Procedure (**HRAP**) Rule 4(a)(1) requires that a notice of appeal in a civil case "shall be filed within 30 days after entry of the judgment";

3.    Hall's notice of appeal was filed on September 29, 2025, 31 days after entry of the Judgment; and

4.    "[N]o court or judge or justice is authorized to change the jurisdictional requirements contained in Rule 4 of these rules."  HRAP Rule 26(b).

Therefore, IT IS HEREBY ORDERED that this appeal is dismissed for lack of jurisdiction.

DATED: Honolulu, Hawaiʻi, May 6, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge